JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALDEZ HERNANDEZ FRANCISCO,<br><br>Petitioner,<br><br>v.<br><br>IMMIGRATION ENFORCEMENT AND CUSTOMS ICE,<br><br>Respondent. | Case No. EDCV 17-2391-DMG (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action as Moot,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: March 16, 2018

DOLLY M. GEE
United States District Judge

Presented by:

KENLY KIYA KATO
United States Magistrate Judge